FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Rachelle Renee Summers, <br><br> Defendant. | Case No. 11-MJ-642 <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> · Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the Southern District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (X) the appearance of defendant as required; and/or

    B. (X) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

Multiple violations of her conditions of release, including a positive drug test in Feb 2011.

B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

multiple violations of her conditions of release, including a failure to report, failure to advise probation officer of her move, + positive drug test in Feb 2011.

IT IS ORDERED that defendant be detained.

DATED: 3/28/11

*Suzanne H. Segal*
United States Magistrate Judge

2